UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEORGE STREET PHOTO & VIDEO, LLC,<br><br>　　　　Defendant. | Case No. 16-cv-02698-MEJ<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND DEADLINE BY TWENTY (20) MINUTES**<br><br>Dkt. No. 35 |

Plaintiff filed three documents in opposition to Defendant's Motion to Compel Arbitration approximately fifteen (15) to twenty (20) minutes after the midnight-deadline for doing so. *See* Opp'n, Dkt. No. 32 (HTML Receipt shows filing on 10/28/16 at 0:15 a.m.); Doe Decl., Dkt. No. 33 (HTML Receipt shows filing on 10/28/16 at 0:17 a.m.); Burgoyne Decl., Dkt. No. 34 (HTML Receipt shows filing on 10/28/16 at 0:19 a.m.). Plaintiff's Counsel missed the deadline because of work- and family-related issues. *See* Burgoyne Decl. re: Extension ¶ 2, Dkt. No. 36. When counsel for Plaintiff attempted to meet and confer with counsel for Defendant to obtain a stipulation and order to extend the time for filing the documents by thirty minutes, counsel for Defendant declined to so stipulate. *Id*. ¶ 3 & Ex. A (email with Defendant's counsel's response: "No, I will not so stipulate to plaintiff's untimely filing of her Opposition to my client's motion and the supporting Declarations"). Pursuant to Local Rule 6-3, Plaintiff therefore filed a motion to extend her deadline by twenty (20) minutes. *See* Mot., Dkt. No. 35. Plaintiff filed that motion on November 3, 2016. *See id.*

Pursuant to Local Rule 6-3, Defendant was required to oppose the request "no later than 4 days after receiving the motion." *See* N.D. Civ. L.R. 6-3(b). Defendant accordingly was required to oppose the request by November 7, 2016. *See* Fed. R. Civ. P. 6(a)(1). Defendant did not

1   oppose the request.[1]

2   Accordingly, based on the declaration filed by Plaintiff's counsel in connection with the
3   motion to extend Plaintiff's deadline by twenty (20) minutes, and the lack to Defendant of any
4   prejudice caused by the twenty (20) minute delay, the Court finds good cause for extending the
5   deadline by twenty (20) minutes.  Plaintiff's Motion is **GRANTED**.

6   **IT IS SO ORDERED.**

8   Dated: November 10, 2016

    _____
    MARIA-ELENA JAMES
    United States Magistrate Judge

---

[1] A lack of basic courtesy caused Plaintiff's counsel to incur unnecessary time and expense to file a motion regarding a request that was, in the end, unopposed; it also wasted the Court's time and resources.